UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PAUL DORAVA,<br><br>            Plaintiff,<br><br>      v.<br><br>A.M. GONZALEZ, et al.,<br><br>            Defendants. | Case No. EDCV 13-2282 AB(JC)<br><br>JUDGMENT |

   In accordance with the Order Dismissing Third Amended Complaint without Leave to Amend and Dismissing Action without Prejudice,
IT IS HEREBY ADJUDGED that the Third Amended Complaint is dismissed without leave to amend and this action is dismissed without prejudice.
   IT IS SO ADJUDGED.

DATED: April 16, 2015

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE